Case No:   09-72088-JTL

# UNITED STATES BANKRUPTCY COURT

**Middle District of Georgia**

| | | | |
|---|---|---|---|
| In re: | **Tresa Gail Jackson** | Case No: | **09-72088-JTL** |
| | | Chapter: | **13** |
| Property Address: | **2311 Frederick Place, Valdosta, GA 31602** | | |
| Last four digits of any number you use to identify the debtor's account: | **XXXXXX5069** | | |
| Court Claim No. (if known) | **9** | | |

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc 3002

**Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-9**

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated **09/9/2014** and filed as Docket No. **47**

### Pre-Petition Default Payments    Applicable option is checked

☒ Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim

☐ Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due:  **$0.00**

Attached as Schedule of Amounts Outstanding on Prepetition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this response.

### Post-Petition Default Payments    Applicable option is checked

☐ Agrees that Debtor(s) is current with respect to all payments consistent with §1322(b)(5) of the Bankruptcy Code.

☒ Disagrees that Debtor(s) is current with respect to all payments consistent with §1322(b)(5) of the Bankruptcy Code, and states that the total amount due to cure post-petition arrears is.

Total Amount Due:  **$3,588.46**

Attached as Schedule of Amounts Outstanding on Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this response to the Cure Notice.

The amounts due identified on this response may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

Case No:    09-72088-JTL

# UNITED STATES BANKRUPTCY COURT

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the creditor.        ☐ I am the creditor's authorized agent. (Attach copy of Power of Attorney, if any.)

I declare under penalty of perjury that the information provided in this Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information, and reasonable belief.

X    /s/Delaycee Rowland                              X    09/30/2014
             Signature                                         Date (MM/DD/YYY)

Name:    Delaycee Rowland, Bar #773359
         First Name    Middle Name    Last Name

Title:   Attorney for and on behalf of Selene Finance, LP (as servicer for creditor Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-9)

Company:    Shapiro, Swertfeger & Hasty, LLP

Address:    2872 Woodcock Blvd., Suite 100

            Atlanta, GA 30341-3941
            City                    State    ZIP Code

Phone:      (770) 220-2535

Case No:    09-72088-JTL

# UNITED STATES BANKRUPTCY COURT

## Schedule of Amounts Outstanding Post-Petition Claim

| Fee Description | Fee Date | Fee Amount |
|---|---|---|
| April 2014 Monthly Payment | 04/01/2014 | 556.41 |
| May 2014 Monthly Payment | 05/01/2014 | 556.41 |
| June 2014 Monthly Payment | 06/01/2014 | 556.41 |
| July 2014 Monthly Payment | 07/01/2014 | 556.41 |
| August 2014 Monthly Payment | 08/01/2014 | 556.41 |
| September 2014 Monthly Payment | 09/01/2014 | 556.41 |
| Fees and Costs for Response to Notice of Final Cure | 09/30/2014 | 250.00 |

Case No:    09-72088-JTL

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the court on

Date:    September 30, 2014

Chapter 13 Trustee:  Kristin Hurst, Office of the Chapter 13 Trustee

Trustee Address:  P.O. Box 1907, Columbus, GA 31902-1907

Trustee Email:

Debtor's Counsel Name:  William Orson Woodall, Woodall and Woodall

Debtor's Counsel Address:  P.O. Box 3335, 1003 Patterson Street, Valdosta, GA 31604

Debtor's Counsel Email: will@orsonwoodall.com

Debtor 1 Name:  Tresa Gail Jackson

Debtor 2 Name:

Debtor's Mailing Address:  2311 Frederick Place, Valdosta, GA 31602

Debtor Email:

/s/Delaycee Rowland